[No. 50962-4-I.   Division One.   March 15, 2004.]

*In the Matter of the Marriage of* STEVE WEBERT, *Appellant,* and CARLYN LIEBERT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 01-3-03829-3, Terence Lukens, J., entered July 29, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Kennedy, JJ.

[No. 51408-3-I.   Division One.   March 15, 2004.]

ONE WAY CONSTRUCTION, INC., ET AL., *Appellants,* v. THE DEPARTMENT OF TRANSPORTATION, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-00803-1, George N. Bowden, J., entered April 18, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Schindler, JJ.

[No. 51697-3-I.   Division One.   March 15, 2004.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOT DANIEL YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02187-0, David F. Hulbert, J., entered December 18, 2002. *Reversed* by unpublished per curiam opinion.

[No. 52479-8-I.   Division One.   March 15, 2004.]

KIMBERLY LESTER, *Respondent,* v. KATMANDU CONDOMINIUM ASSOCIATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-2-27272-1, Mary Yu, J., entered May 16, 2003. *Reversed* by unpublished opinion per Ellington, J., concurred in by Baker and Kennedy, JJ.